THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT STEVEN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a motion (filing 65) to continue the revocation hearing set for today due to hazardous road conditions. The government has orally represented to the court that defense counsel does not object to such continuance. I shall grant the motion.

IT IS ORDERED:

1. The government's motion (filing 65) to continue revocation hearing is granted;

2. The judicial assistant to the undersigned United States district judge shall contact the parties at a later date to reschedule this matter.

March 20, 2006.

BY THE COURT:
s/ *Richard G. Kopf*
United States District Judge