IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 4:01CR3051 |
| Plaintiff, ) | |
| ) | |
| vs ) | **MEMORANDUM** |
| ) | **AND ORDER** |
| ROBERT STEVEN ANDERSON, ) | |
| ) | |
| Defendant. ) | |

The defendant has violated his conditions of release. He awaits sentencing but desires to seek inpatient drug treatment which is estimated to take about 30 days. Without suggesting that this treatment will change the likely sentence,

IT IS ORDERED that:

1. On Tuesday, March 28, 2006, the defendant shall be released to the custody of his lawyer (Frank Miner) or a representative of his lawyer for transportation to the Independence Center, in Lincoln, Nebraska. The defendant is ordered to remain at the Independence Center and successfully complete the inpatient drug treatment program at the Center. Upon discharge from the Independence Center, the defendant shall immediately surrender to the United States Marshals Service in Lincoln, Nebraska and, after that, he shall be held in custody until further order of the court.

2. Upon discharge from the Independence Center, *but no later than May 1, 2006,* the defendant is ordered to supply the court, government's counsel and the probation officer with the following: (a) a written psychiatric or psychological evaluation, prepared by a licensed physician or licensed psychologist holding a Ph.D., discussing the defendant's mental health

      status, recommendations for further treatment, and need for prescription medications; and (b) a detailed discharge summary from the Independence Center.

3. While on release, the defendant shall follow all the conditions of supervised release that are not in conflict with this order.

4. United States Probation Officer (USPO) Harriett Washington shall monitor this case. My chambers shall provide USPO Washington with a copy of this order.

5. Counsel for the defendant shall prepare and file a status report *upon the defendant's discharge from the Independence Center, but no later than May 1, 2006,* and serve copies on government's counsel and USPO Washington. My chambers shall call this case to my attention *on the earlier of the filing of the status report or May 2, 2006* so that I may schedule a telephone conference with the lawyers and USPO Washington.

6. Sentencing is continued until further order of the court.

March 27, 2006.                    BY THE COURT:

                                                *s/Richard G. Kopf*
                                                United States District Judge