IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| ROBERT STEVEN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

    I am informed by the probation officer that the discharge summary from the Independence Center will not be available until May 3, 2006 and that Mr. Anderson will be discharged on May 1, 2006.  I am also informed by the probation officer that defense counsel wants Mr. Anderson to enter a half-way house rather than to surrender to the United States Marshals Service upon discharge from the Independence Center.

    Upon consideration of this information,

    IT IS ORDERED that:

    1.    The requirements of paragraph 2 of the memorandum and order filed on March 27, 2006 (filing 70) are modified to provide that defense counsel shall supply the information required by that paragraph no later than Thursday, May 4, 2006.

    2.    The provisions of paragraph 5 of the memorandum and order filed on March 27, 2006 (filing 70) are modified to provide that the defendant's status report is due no later than  Thursday, May 4, 2006 and my chambers shall call this case to my attention on May 5, 2006 so that I may schedule a telephone conference with counsel and the Probation Officer to discuss the scheduling of sentencing.

     3.     The provisions of the memorandum and order filed on March 27, 2006 (filing 70) are not otherwise altered. Specifically, the defendant shall self-surrender to the United States Marshals Service upon discharge from the Independence Center.

     4.     My chambers shall provide the Probation Officer with a copy of this memorandum and order.

April 24, 2006.　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ *Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　United States District Judge