IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:01CR3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT STEVEN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

    This matter is pending before me for sentencing on the defendant's admission that he has violated his conditions of supervised release. After a telephone conference with counsel and the probation officer, and with their agreement,

    IT IS ORDERED that:

    1.    The defendant's motion for change of terms and conditions of release (filing 72) is denied. Nonetheless, the Clerk of the Court shall now seal the motion because it contains medical information.

    2.    Upon discharge from the Independence Center, the defendant shall surrender to the United States Marshals Service.

    3.    With the consent of the defendant, the defendant shall enter and participate in a community confinement program, in the community corrections component with work release for a period of 120 days or until discharged by the United States Probation Officer, pursuant to 18 U.S.C. 3563(b)(11). The Bureau of Prisons is requested to notify USPO Harriette Washington and the undersigned when the facility has been designated and when a bed is available.

4.Upon notification by USPO Harriette Washington or the Court that a bed is available and the Bureau of Prisons has made an assignment, the United States Marshals Service shall release the defendant to the defendant's mother for transportation to the community confinement facility assigned by the Bureau of Prisons pursuant to paragraph 3 of this order.

5.Sentencing on the violation of conditions of supervised release is continued until further order of the court.  Approximately 90 days from this date, my legal assistant shall arrange a telephone conference with the lawyers and USPO Harriette Washington to discuss the status of this matter.

May 2, 2006.BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge