IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 4:01CR3051 |
| Plaintiff, | ) | |
| | ) | |
| vs | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT STEVEN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

The probation officer notified me today that the Bureau of Prisons has approved the defendant's placement at CH, Inc., effective today. Therefore, and pursuant to my earlier order (filing 45),

IT IS ORDERED that the United States Marshal shall release the defendant. The defendant's mother shall transport the defendant to CH, Inc. The defendant shall reside there and follow the requirements of that facility and the directions of the probation officer.

May 19, 2006.              BY THE COURT:

                           *s/Richard G. Kopf*
                           United States District Judge