IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:01CR3051 |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| ROBERT STEVEN ANDERSON, | ) | |
| | ) | |
| Defendant. | ) | |

After consultation with counsel and the probation officer, and with the agreement of the defendant,

IT IS ORDERED that:

(1) The defendant shall remain at CH until November 13, 2006. The defendant shall reside there and follow the requirements of that facility and the directions of the probation officer. In particular, the defendant will complete the drug aftercare program, complete grief and mental health counseling, and obtain and use appropriate medications.

(2) The revocation hearing is set for Monday, November 13, 2006, at 12:00 noon, at which time counsel, the defendant and the probation officer shall be personally present.

August 11, 2006.             BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge