IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:01CR3051 |
| | ) | |
| v. | ) | |
| | ) | |
| ROBERT STEVEN ANDERSON, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The court has been advised that defendant has withdrawn his request to be released on conditions of release.

IT THEREFORE HEREBY IS ORDERED,

The government's motion for detention is granted.  Defendant shall be held in the custody of the United States Marshal until the revocation hearing in this case.

DATED this 11th day of June, 2007.

BY THE COURT:

s/ David L. Piester

David L. Piester
United States Magistrate Judge